IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 127,056

In the Matter of JASON P. WISKE,
*Respondent.*

ORDER OF DISCHARGE FROM PROBATION

On March 15, 2024, the court suspended Jason P. Wiske from the practice of law in the state of Kansas for a 90-day period upon finding by clear and convincing evidence that Wiske's conduct violated Kansas Rules of Professional Conduct 1.1 (2023 Kan. S. Ct. R. at 327) (competence), 1.3 (2023 Kan. S. Ct. R. at 331) (diligence), 3.2 (2023 Kan. S. Ct. R. at 390) (expediting litigation), and 8.4(d) (2023 Kan. S. Ct. R. at 433) (conduct prejudicial to the administration of justice). The court stayed imposition of that discipline pending Wiske's successful completion of a 12-month probation period. See *In re Wiske*, 318 Kan. 584, 593-94, 545 P.3d 33 (2024).

On May 15, 2025, Wiske filed a motion to be discharged from probation. Wiske attached to this filing his and his supervising attorney's affidavits summarily attesting to Wiske's compliance with all terms of his probation. See Supreme Court Rule 227(g)(1) (2025 Kan. S. Ct. R. at 277) (outlining process for motion to be discharged from probation). The Office of the Disciplinary Administrator (ODA) responded that Wiske has complied with his probation, confirmed Wiske's eligibility to be discharged from probation, and voiced no objection to such discharge.

This court notes the ODA's response, grants Wiske's motion, and orders Wiske fully discharged from probation. Accordingly, this disciplinary proceeding is closed.

1

The court further orders the publication of this order in the Kansas Reports and assesses any remaining costs of this proceeding to Wiske.

Dated this 23rd day of June 2025.

WILSON, J., not participating.